UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENYA JACKSON,

                Plaintiff,

-against-

DEPARTMENT OF HOMELAND
SECURITY; CARES FOR THE HOMELESS;
EPIC SECURITY; DEPARTMENT OF
SOCIAL SERVICES; CITY OF NEW YORK
ATTN: CORPORATION COUNSEL,

                Defendants.

23-CV-9498 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. By order dated January 2, 2024, the Court dismissed the complaint but granted Plaintiff 30 days' leave to replead certain claims. (ECF 6.) It has come to the Court's attention that the order was not mailed to Plaintiff.[1] The Clerk of Court is therefore directed to mail a copy of this order, along with a copy of the January 2, 2024 order of dismissal, to Plaintiff at her address of record. The Court grants Plaintiff an additional 30 days to respond to the Court's order. Plaintiff must file any amended complaint within 30 days of the date of this order.

### CONCLUSION

    The Court directs the Clerk of Court to mail a copy of this order, along with a copy of the Court's January 2, 2024 order of dismissal (ECF 6), to Plaintiff at her address of record.

---

[1] Along with the complaint, Plaintiff filed a form consenting to receive electronic service of documents in this action. (ECF 3.) On November 14, 2024, the Court received a letter from Plaintiff in which she sought to "withdraw" her consent to electronic service and requested to receive documents in the mail. (ECF 5.)

The Court grants Plaintiff an additional 30 days' leave to file an amended complaint that complies with the standards set forth in the Court's January 2, 2024 order.

Plaintiff must file any amended complaint within 30 days of the date of this order. If Plaintiff fails to comply within the prescribed time, and cannot show good cause for such failure, the Court will direct the Clerk of Court to enter judgment dismissing the complaint for the reasons stated in the January 2, 2024 order.

SO ORDERED.

Dated:   February 8, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge