UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENYA JACKSON,

                Plaintiff,

-against-

DEPARTMENT OF HOMELAND SECURITY; CARES FOR THE HOMELESS; EPIC SECURITY; DEPARTMENT OF SOCIAL SERVICES; CITY OF NEW YORK ATTN: CORPORATION COUNSEL,

                Defendants.

23-CV-9498 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 2, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 22, 2024
          New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                             Chief United States District Judge